WILLIAM H. BALDWIN, JR., et al., Appellants, *v.* PROVI-
DENT SAVINGS LIFE ASSURANCE SOCIETY OF NEW YORK,
Respondent.

*Baldwin* v. *Provident Life Assurance Soc.*, 23 App. Div. 5, affirmed.
(Argued March 19, 1900; decided April 6, 1900.)

APPEAL from a judgment and order of the Appellate
Division of the Supreme Court in the second judicial depart-
ment, entered in favor of defendant December 21, 1897, upon
the submission of a controversy on an agreed statement of
facts under section 1279 of the Code of Civil Procedure.

*Charles A. Boston* for appellants.

*William T. Gilbert* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN and
WERNER, JJ. Not voting: VANN, J. Not sitting: CULLEN, J.

---

MARY E. GUGEL, Respondent, *v.* BERNARD ISAACS, Appellant.

*Gugel* v. *Isaacs*, 21 App. Div. 503, affirmed.
(Argued March 19, 1900; decided April 6, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered in
favor of plaintiff November 15, 1897, upon the submission of
a controversy on an agreed statement of facts under section
1279 of the Code of Civil Procedure.

*A. J. Skinner* for appellant.

*Robert McM. Gillespie* and *Stanley W. Dexter* for
respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, CUL-
LEN and WERNER, JJ. Not voting: VANN, J.